IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHIE CONNER, | |
| Plaintiff, | NO. 3:15-CV-00004 |
| v. | (JUDGE CAPUTO) |
| WARDEN FCI SCHUYLKILL, *et al.*, | (MAGISTRATE JUDGE SCHWAB) |
| Defendants. | |

### ORDER

**NOW**, this 2nd day of February, 2016, upon review of the Report and Recommendation of Magistrate Judge Schwab (Doc. 27) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 27) is **ADOPTED in its entirety**.

(2) Defendants' motion to dismiss, or in the alternative, for summary judgment (Doc. 21) is **GRANTED**.

(3) The Clerk of Court is directed to mark the case as **CLOSED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge